UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH LEE CRONK,<br><br>               Plaintiff,<br><br>     v.<br><br>CITY OF WEST RICHLAND, et al,<br><br>               Defendants. | No.  4:15-CV-5052-EFS<br><br>**ORDER DISMISSING CASE** |

On March 2, 2016, the parties filed a stipulated dismissal, ECF No. 15.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1.  The parties' Stipulation for Order of Dismissal, **ECF No. 15**, is **GRANTED.**

2.  All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3.  All pending motions are **DENIED AS MOOT.**

4.  All hearings and other deadlines are **STRICKEN.**

5.  The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  2nd  day of March 2016.

_____
s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2015\5052.ord.grant.stip.dis.lc2.docx

ORDER DISMISSING CASE - 1